UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE:<br>DEBORAH KAY FINLEY | CASE NO: 21-90527<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No. 2 AND 8 |

On 6/4/2021, a copy of the following documents, described below,

Notice of Plan and Original Plan ECF Docket Reference No. 2 AND 8

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/4/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Chapter 13 Standing Trustee
Joseph M. Black
PO Box 846
Seymour, IN  47274

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>07564<br>CASE 21-90527-AKM-13<br>SOUTHERN DISTRICT OF INDIANA<br>NEW ALBANY<br>FRI JUN 4 12-34-17 EDT 2021 | AMSHER COLLECTION SERVICES<br>4524 SOUTHLAKE PARKWAY<br>SUITE 15<br>BIRMINGHAM AL 35244-3271 | ATTORNEY GENERAL OF THE UNITED STATES<br>US DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 |

DEBTOR

| | | |
|---|---|---|
| DEBORAH KAY FINLEY<br>1708 BIRCHBARK LANE<br>JEFFERSONVILLE IN 47130-5516 | FEIWELL  HANNOY PC<br>8415 ALLISON POINT BLVD 400<br>C MATTHEW LOVE<br>INDIANAPOLIS IN 46250-4160 | GLOBAL LENDING SERVICES LLC<br>1200 BROOKFIELD BLVD STE 300<br>GREENVILLE SC 29607-6583 |
| INDIANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204-2253 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | ~~EXCLUDE~~<br>~~JOSEPH M BLACK JR~~<br>~~OFFICE OF JOSEPH M BLACK JR~~<br>~~PO BOX 846~~<br>~~SEYMOUR IN 47274-0846~~ |
| KOHLSCAPITAL ONE<br>ATTN CREDIT ADMINISTRATOR<br>PO BOX 3043<br>MILWAUKEE WI 53201-3043 | LLOYD KOEHLER<br>400 PEARL ST STE 200<br>NEW ALBANY IN 47150-3451 | MONROE  MAIN<br>ATTN BANKRUPTCY<br>1112 7TH AVENUE<br>MONROE WI 53566-1364 |
| NATIONAL HEALTH CARE COL<br>ATTN BANKRUPTCY DEPT<br>153 CHESTERFIELD BUSINESS PARKWAY STE 2<br>CHESTERFIELD MO 63005-1233 | ONLINE COLLECTIONS<br>ATTN BANKRUPTCY<br>PO BOX 1489<br>WINTERVILLE NC 28590-1489 | SELECT PORTFOLIO SERVICING<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 |
| SUSAN MARIE WOOLLEY<br>FEIWELL  HANNOY<br>8415 ALLISON POINTE BLVD<br>SUITE 400<br>INDIANAPOLIS IN 46250-4160 | US ATTORNEYS OFFICE<br>10 W MARKET ST STE 2100<br>INDIANAPOLIS IN 46204-1986 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~OFFICE OF US TRUSTEE~~<br>~~101 W OHIO ST STE 1000~~<br>~~INDIANAPOLIS IN 46204-1982~~ |
| VERIZON WIRELESS<br>500 TECHNOLOGY DRIVE<br>SUITE 500<br>WELDON SPRINGS MO 63304-2225 | WILMINGTON TRUST NA<br>3217 S DECKER LAKE DRIVE<br>SALT LAKE CITY UT 84119-3284 | WILMINGTON TRUST NA SUCCESSOR TRUSTEE<br>TO C<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 |